**STATEMENT OF FACTS**

On Wednesday, November 2, 2005, at about 5:30 p.m., sworn officers with the Metropolitan Police Department's First District Focused Mission Unit were in the 400 Block of H. Street, N.E., Washington, D.C. Officers observed the defendant, Edward Oliver, with an open container of beer. The defendant was placed under arrest and a search incident to arrest was conducted. Officer Matos began to handcuff the defendant and the defendant tried to move away as if he was trying to hide something and placed his hand in his front pants pocket. Officer Matos grabbed the defendant's hand and found a loaded LR Phoenix arms .22 caliber handgun in it. The defendant was arrested.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the LR Phoenix pistol nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER RICHARD MATOS
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF NOVEMBER, 2005



_____
U.S. MAGISTRATE JUDGE